**Order entered June 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00650-CV
### No. 05-18-00651-CV

### KEVIN HINDS, Appellant

### V.

### STATE BAR OF TEXAS, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-13392

## ORDER

Before the Court are appellant's June 15, 2018 requests for extension of time to file the clerk's record and reporter's record in each of these appeals. We note the clerk's record has been filed in each appeal and the reporter's records are not due until June 25, 2018. Accordingly, we **DENY** as moot the requests as to the clerk's records and **DENY** as premature the requests as to the reporter's records.

/s/    ADA BROWN
         JUSTICE